[No. 69692-1-I.  Division One.  March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY DEAN VIEAU, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-01521-4, Richard T. Okrent, J., entered November 20, 2012. *Affirmed* by unpublished per curiam opinion.

[No. 69694-7-I.  Division One.  March 10, 2014.]

KIRSTEN WILEY, *Appellant*, v. MICROSOFT CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-18076-0, Bill A. Bowman, J., entered November 20, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Appelwick and Schindler, JJ.

[No. 69839-7-I.  Division One.  March 10, 2014.]

JEANNE PASCAL ET AL., *Appellants*, v. WASHINGTON REAL ESTATE HOLDINGS, LLC, ET AL., *Defendants,* WH PARK PLACE MEZZ, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-20069-8, Barbara Linde, J., entered December 6, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Cox, J.

[No. 69851-6-I.  Division One.  March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY LAFATE BRINKLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00210-4, Eric Z. Lucas, J., entered January 25, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Cox and Verellen, JJ.